**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3847SI

_____

| | | |
|---|---|---|
| Julie A. Cavanaugh, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| State of Iowa; Iowa Department of | * | [UNPUBLISHED] |
| Human Services, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 17, 1998
Filed: April 22, 1998

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Julie A. Cavanaugh appeals the district court's adverse grant of summary judgment in Cavanaugh's disability-based discrimination lawsuit brought under the Americans with Disabilities Act. Having reviewed the record and the parties' submissions, we conclude that an extensive discussion is not warranted. We see no error by the district court and affirm the judgment substantially for the reasons stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.